℀AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| JOSHUA ERIC BROWN | CASE NUMBER: 1:24-cr-00224-KES-BAM |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, JOSHUA ERIC BROWN substitutes
(Party (s) Name)

ERIC H. SCHWEITZER , State Bar No. 179776 as counsel of record in
(Name of New Attorney)

place of KEVIN P. ROONEY .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Schweitzer & Davidian P.C.
Address: 620 De Witt, Suite 102, Clovis, CA 93612
Telephone: Facsimile
E-Mail (Optional): lawyericisin@yahoo.com

I consent to the above substitution.
Date: 9/17/2024

_ERIC SCHWEITZER_
(Signature of Party (s))

I consent to being substituted.
Date: 9/17/2024

_KEVIN ROONEY_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/17/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9-18-24

_Sheila K. Oberto_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]