MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA BROWN <br><br> Defendants. | CASE NO. 1:24-CR-00224-KES-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

　　　　IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Eric Schweitzer, attorney for defendant Joshua BROWN, that the status conference set for May 28, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to September 10, 2025 at 1:00 p.m.

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　　　The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

　　　　2.　　　　Particularly, the parties have been engaged in plea negotiation. Additionally, defendant has been consulting with an expert for the preparation of a motion for bail review and/or mitigation material for plea negotiations and sentencing. Finally, the government served several location search warrants potentially related to this case on May 15, 2025, and is reviewing evidence gathered from those warrants to determine if it is relevant to the defendant's case.

Stipulation                                                                                                1

1  3. By this stipulation, the parties now move to continue the status conference, and to exclude time from May 28, 2025 to September 10, 2025.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been produced to defense and/or made available for copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

   b) The government does not object to the continuance.

   c) An ends-of-justice delay is particularly apt in this case because:

   - Defendant needs additional time to review discovery, and conduct additional investigation; and

   - The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2025 to September 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: May 20, 2025                                   Respectfully submitted,

                                                      MICHELE BECKWITH
                                                      Acting United States Attorney

                                              By      /s/ Robert L. Veneman-Hughes
                                                      ROBERT L. VENEMAN-HUGHES
                                                      Assistant United States Attorney

Dated: May 20, 2025                                   /s/ Eric Schweitzer
                                                      ERIC SCHWEITZER
                                                      Attorney for Defendant Joshua BROWN

## ORDER

IT IS SO ORDERED that the status conference is continued from May 28, 2025, to **September 10, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 21, 2025**                             /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation                                3