| | |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | ROBERT L. VENEMAN-HUGHES |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00224-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA; AND ORDER |
| v. | |
| JOSHUA BROWN | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set September 10, 2025 at 1:00 p.m be vacated and instead the matter be set for change of plea on September 8, 2025.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement, which will be filed contemporaneously with this motion.

2. Based on the schedule of counsel, including defense counsel's intention to file a motion for release pending sentencing to be heard at the same time and place as the change of plea, the parties request change of plea be set before the Hon. Kirk E. Sherriff on September 8, 2025.

3. No exclusion of time is necessary as time has already been excluded through September 10, 2025.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

Stipulation                                              1

must commence.

Dated: August 26, 2025                              Respectfully submitted,

                                                    ERIC GRANT
                                                    United States Attorney

                                            By      /s/ Robert L. Veneman-Hughes
                                                    ROBERT L. VENEMAN-HUGHES
                                                    Assistant United States Attorney

Dated: August 26, 2025                              /s/ Eric Schweitzer
                                                    ERIC SCHWEITZER
                                                    Attorney for Defendant Joshua BROWN

## ORDER

IT IS SO ORDERED that the status conference set for September 10, 2025, is vacated. A change of plea hearing is set for **September 8, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through September 10, 2025.

IT IS SO ORDERED.

Dated:   **August 27, 2025**                        /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE