ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00224-KES-BAM |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA; ORDER |
| v. | |
| JOSHUA BROWN | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the change of plea on September 8, 2025, be continued to September 15, 2025, due to the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      The parties have reached a plea agreement, which has been previously filed.

2.      Based on the schedule of counsel and defendant's need to prepare a motion in advance of the change of plea, the parties request the change of plea be reset before the Hon. Kirk E. Sherriff on September 15, 2025.

3.      Change of plea was previously set for September 8, 2025, and time had previously been excluded through September 10, 2025.

4.      The parties stipulate that time be excluded between September 10, 2025 and September 15, 2025, because defendant needs additional time to prepare and the government does not object to the continuance. All discovery has been provided in the case.

Stipulation & Order                                    1

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


Dated: September 1, 2025                          Respectfully submitted,

                                                 ERIC GRANT
                                                 United States Attorney


                                          By     /s/ Robert L. Veneman-Hughes
                                                 ROBERT L. VENEMAN-HUGHES
                                                 Assistant United States Attorney

Dated: September 1, 2025                          /s/ Eric Schweitzer
                                                 ERIC SCHWEITZER
                                                 Attorney for Defendant Joshua BROWN



**ORDER**

IT IS SO ORDERED that the change of plea be reset for September 15, 2025, with time excluded through that date as set forth above.  Based on the grounds set forth by the parties, the Court finds that the ends of justice served by excluding time through September 15, 2025 outweigh the interest in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).


IT IS SO ORDERED.

   Dated:   September 2, 2025

                                       _____
                                       UNITED STATES DISTRICT JUDGE