IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00224-KES-BAM |
|---|---|
| Plaintiff, | PRE-TRIAL SUPERVISION SPECIAL CONDITIONS |
| v. | |
| JOSHUA BROWN, | |
| Defendant. | |

Good cause appearing as stated on the record in open court and upon agreement of the parties, the court orders the following special conditions of Pre-Trial Release:

(a) report on a regular basis to the following agency: Pretrial Services, and comply with their rules and regulations;

(b) reside with your paternal grandparents and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

(c) report any contact with law enforcement to your pretrial services officer prior to or within 24 hours of such contact;

(d) cooperate in the collection of a DNA sample;

(e) restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

(f) seek and/or maintain employment, and provide proof of same as requested by your pretrial services officer;

(g) not possess, have in your residence, or have access to a firearm/ammunition, or any

PRE-TRIAL RELEASE SPECIAL CONDITIONS

1

    firearm parts or accessories, or any firearm manufacturing equipment, or any destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control. Furthermore, your grandparents will divest any firearms or ammunition from their residence prior to your release from custody;

 (h) refrain from excessive use of alcohol;

 (i) participate in a program of medical or psychiatric treatment, or individual specialized treatment, including treatment through the Veterans' Administration, as approved by the pretrial services officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

 (j) surrender your passport to the Clerk, United States District Court and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

IT IS SO ORDERED.

Dated: **October 8, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

PRE-TRIAL RELEASE SPECIAL CONDITIONS

2