IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSHUA BROWN,<br><br>                    Defendant. | CASE NO.  1:24-CR-00224-KES-BAM<br><br>CORRECTED PRE-TRIAL SUPERVISION SPECIAL CONDITIONS |

Good cause appearing as stated on the record in open court and upon agreement of the parties, the court orders the following corrected special conditions of Pre-Trial Release:

(a) report on a regular basis to the following agency: Pretrial Services, and comply with their rules and regulations;

(b) the defendant is placed in the custody of Mary L. Brown, who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court appearances, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

(c) reside with your paternal grandparents/third-party custodian, Mary L. Brown, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

(d) report any contact with law enforcement to your pretrial services officer prior to or within 24 hours of such contact;

(e) cooperate in the collection of a DNA sample;

(f) restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

(g) seek and/or maintain employment, and provide proof of same as requested by your pretrial services officer;

(h) not possess, have in your residence, or have access to a firearm/ammunition, or any

firearm parts or accessories, or any firearm manufacturing equipment, or any destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control. Furthermore, your grandparents will divest any firearms or ammunition from their residence prior to your release from custody;

(i) refrain from excessive use of alcohol;

(j) participate in a program of medical or psychiatric treatment, or individual specialized treatment, including treatment through the Veterans' Administration, as approved by the pretrial services officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

(k) surrender your passport to the Clerk, United States District Court and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

IT IS SO ORDERED.

Dated:   **October 9, 2025**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

PRE-TRIAL RELEASE SPECIAL CONDITIONS                        2