ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00224-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION TO RESET SENTENCING |
| v. | |
| JOSHUA BROWN | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing on February 2, 2026, be continued to February 9, 2026, due to the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     The matter was set for sentencing on February 2, 2026.

2.     Counsel for the Government has a scheduling conflict the morning of February 2, 2026. Additionally, counsel for the defendant wish more time to prepare a reply to the Government's reply to his formal objections.

3.     Both counsel are available on February 9, 2026, and seek to continue sentencing to that date.

4.     No exclusion of time is necessary as this is a sentencing matter.

Stipulation                                              1

Dated: January 27, 2026                    Respectfully submitted,

                                           ERIC GRANT
                                           United States Attorney


                                   By      /s/ Robert L. Veneman-Hughes
                                           ROBERT L. VENEMAN-HUGHES
                                           Assistant United States Attorney

Dated: January 27, 2026                    /s/ Eric Schweitzer
                                           ERIC SCHWEITZER
                                           Attorney for Defendant Joshua BROWN


                                 **ORDER**

        IT IS SO ORDERED that the sentencing be reset for February 9, 2026, at **10:30AM**

before District Judge Kirk E. Sherriff.


IT IS SO ORDERED.

    Dated:    January 27, 2026      _____
                                    UNITED STATES DISTRICT JUDGE

Stipulation                              2